IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAMEKIO J. WILLIAMS                                                                    PLAINTIFF

V.                                      CASE NO. 17-CV-01013

ADELLA BURR, *et al*.                                                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed March 3, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 9). Judge Bryant recommends that Plaintiff's claims relating to his pending criminal charges and confinement be dismissed and that Plaintiff's Motion to Supplement Complaint (ECF No. 8) be denied pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i-iii) and 1915A(a). Judge Bryant also recommends that Plaintiff's claims against Defendants for denial of access to legal materials be allowed to proceed.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts Judge Bryant's Report and Recommendation *in toto*. Plaintiff's claims relating to his pending criminal charges and confinement are **DISMISSED** and Plaintiff's Motion to Supplement Complaint (ECF No. 8) is **DENIED**. However, Plaintiff's claims against Defendants for denial of access to legal materials are allowed to proceed.

**IT IS SO ORDERED**, this 12th day of April, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge